**No. 10-238. Arizona Free Enterprise Club's Freedom Club PAC, et al., Petitioners v. Ken Bennett, in His Official Capacity as Arizona Secretary of State, et al.**

**No. 10-239. John McComish, et al., Petitioners v. Ken Bennett, in His Official Capacity as Arizona Secretary of State, et al.**

562 U.S. 1060, 131 S. Ct. 644, 178 L. Ed. 2d 476, 2010 U.S. LEXIS 9163.

November 29, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 611 F.3d 510.

**No. 10-290. Microsoft Corporation, Petitioner v. I4I Limited Partnership, et al.**

562 U.S. 1060, 131 S. Ct. 647, 178 L. Ed. 2d 476, 2010 U.S. LEXIS 9311.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 598 F.3d 831.

**No. 09-1445. Josefina Villa, Petitioner v. United States.**

562 U.S. 1060, 131 S. Ct. 636, 178 L. Ed. 2d 476, 2010 U.S. LEXIS 9130.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 589 F.3d 1334.

**No. 09-1470. James L. Cheeseman, Petitioner v. United States.**

562 U.S. 1060, 131 S. Ct. 636, 178 L. Ed. 2d 476, 2010 U.S. LEXIS 9371.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 600 F.3d 270.

**No. 09-1486. Tamara J. Fisher, et al., Petitioners v. McCrary Crescent City, et al.**

562 U.S. 1060, 131 S. Ct. 637, 178 L. Ed. 2d 476, 2010 U.S. LEXIS 9156.

November 29, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 186 Md. App. 86, 972 A.2d 954.

**No. 09-1576. James Bannister, Petitioner v. Illinois.**

562 U.S. 1061, 131 S. Ct. 638, 178 L. Ed. 2d 476, 2010 U.S. LEXIS 9278.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 236 Ill. 2d 1, 337 Ill. Dec. 685, 923 N.E.2d 244.